# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 11-1206

—————

United States of America,       *
                                         *

          Appellee,          *
                                         *    Appeal from the United States

v.                              *    District Court for the
                                         *    Eastern District of Arkansas.

Tekeema Lanae Walker,       *
                                         *    [UNPUBLISHED]

         Appellant.        *

—————

Submitted: May 18, 2011
Filed: June 13, 2011

—————

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

—————

PER CURIAM.

Tekeema Walker appeals the 12-month prison sentence the district court[1] imposed after revoking her supervised release. Upon careful review, we conclude that the district court properly considered relevant sentencing factors and did not impose an unreasonable revocation sentence. See United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

—————————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.